**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6302**

———————

GRADY WILLIAM POWERS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Graham C. Mullen, Chief District Judge. (CA-99-5-2-MU)

———————

Submitted: July 8, 1999            Decided: July 14, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Grady William Powers, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grady William Powers seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Powers v. Attorney General of North Carolina, No. CA-99-5-2-MU (W.D.N.C. Feb. 17 & Mar. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2